# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

Violation No. 0912864/36

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. KATHLEEN R. MILHOLLAND,

Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST

The Defendant contacted the Magistrate Judge's office in response to a Notice Regarding Failure to Appear and requested that her case be placed on the next Petty Offense Docket, therefore:

**IT IS HEREBY ORDERED** that this matter is set for initial appearance on June 1, 2010 at 9:00 a.m. before the Magistrate Judge, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.

Failure to appear on that date and time may result in a warrant for the arrest of the Defendant.

**DATED:** May 25, 2010.

BY THE COURT:

David L. West
United States Magistrate Judge

### Certificate of Mailing

I hereby certify that on the 25th day of May, 2010, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

1

U.S. Attorney's Office  
103 Sheppard Drive, Suite 215  
Durango, Colorado 81303

Kathleen R. Milholland  
689 Animas View Drive, #6  
Durango, Colorado 81301

By: _____  
**Assistant to Magistrate Judge**